### 964. BOYD *v.* THE STATE.

HILL, C. J. A confession without aliunde proof of the corpus delicti is not sufficient to convict.          *Judgment reversed.*

Accusation of keeping a gaming-house, from city court of Dawson—Judge Edwards. December 16, 1907.

Submitted February 25,—Decided March 16, 1908.

The prosecutor (a bailiff) testified, that he, with a policeman and two other men, went at night to the house of Lavonia Boyd, the accused, and saw a crowd of negroes squatting on the floor, and

heard them saying, "I'll bet you a quarter better," or "half a dollar better." He heard Lavonia Boyd say "You must pay me." Some of the negroes said "There's the white folks out there." Somebody outside the house shot a pistol just as the prosecutor's party were entering the back and front doors of the house, and this seemed to frighten the negroes. Ten of them were arrested and others ran off. The prosecutor saw one of the negroes pick up some small change from a quilt on the floor. None of the witnesses saw any cards or any other indication of gambling than has been stated. There was evidence as to confessions made by the accused, to the effect that the negroes gambled with cards at her house that night, and paid her for the rent of the house.

*Marlin & Hoyl, Raines & Gurr, J. G. Parks,* for plaintiff in error.
*M. J. Yeomans, solicitor,* contra.